UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

EDWARD GREAR,

      Plaintiff,      Case No. 1:07cv203

v.      Hon. Robert J. Jonker

RAYMOND GELABERT, et al.,

      Defendants.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 22, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 22, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the defendants' motion for summary judgment is **GRANTED**. This mater is **DISMISSED**.

            /s/ Robert J. Jonker
            ROBERT J. JONKER
            UNITED STATES DISTRICT JUDGE

DATED: August 13, 2009.